UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALBION COLLEGE AND ALBION
COLLEGE EMPLOYEE BENEFIT
PLAN,

   Plaintiffs,

v.

BLUE CROSS BLUE SHIELD OF
MICHIGAN,

   Defendant.

Case No. 16-cv- 11624

Honorable Avern Cohn

Magistrate Judge Mona K. Majzoub

---

## JOINT STIPULATION AND REQUEST
## TO STAY MATTER PENDING MEDIATION

  NOW COME Plaintiffs, Albion College and Albion College Employee Benefit Plan, and Defendant, Blue Cross Blue Shield of Michigan ("BCBSM"), by and through their undersigned Counsel and hereby jointly request that the Court stay all proceedings in this matter until **October 31, 2016,** to provide the Parties time to mediate the matter without having to engage in costly discovery, deposition and motion practice, and potential trial preparation.  In support of their joint request, the Parties states as follows:

  1. This case is one of several pending Access Fee cases currently pending against BCBSM.

  2. The Parties in most of the pending Access Fee cases have agreed to mediate their disputes over the span of the next few months with the aid of Mr. Dennis

Barnes of Barris Sott Denn and Driker PLLC. Mr. Barnes has successfully mediated numerous Access Fee cases in the past.

3. Counsel for Plaintiffs and counsel for BCBSM are working to develop a comprehensive mediation schedule for the pending Access Fee cases. Given the number of pending cases, the Parties anticipate that the mediation schedule will extend into October 2016.

4. The parties are currently scheduling a mediation within the comprehensive mediation schedule.

5. Although discovery is stayed, the Parties anticipate informally exchanging information needed to have a successful mediation.

6. In order to devote their resources to pending mediations and provide the Parties time to mediate the matters without having to engage in costly discovery, deposition and motion practice, and potential trial preparation, the Parties request that this matter be stayed until **October 31, 2016**.

7. If mediation is not successful, the Parties request that the Court convene a scheduling conference at the Court's convenience after **October 31, 2016**, to set a case schedule.

Respectfully submitted,


By:  /s/      Kyle P. Konwinski              By:   /s/     Michelle L. Alamo
    Perrin Rynders (P38221)                Michelle L. Alamo (P60684)
    Aaron Phelps (64790)                   Dickinson Wright PLLC
    Kyle P. Konwinski (P76257)             Attorneys for Defendant
    Varnum LLP                             500 Woodward Avenue, Ste. 4000
    Attorneys for Plaintiff                Detroit, MI  48226
    P.O. Box 352                           (313) 223-3500
    Grand Rapids, MI  49501-0352           malamo@dickinsonwright.com
    616/336-6000
    prynders@varnumlaw.com
    aphelps@varnumlaw.com
    kpkonwinski@varnumlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALBION COLLEGE AND ALBION
COLLEGE EMPLOYEE BENEFIT
PLAN,

      Plaintiffs,

v.

BLUE CROSS BLUE SHIELD OF
MICHIGAN,

      Defendant.

Case No. 16-cv- 11624

Honorable Avern Cohn

Magistrate Judge Mona K. Majzoub

---

**[PROPOSED]**

<u>**ORDER GRANTING JOINT REQUEST**</u>
<u>**TO STAY MATTER PENDING MEDIATION**</u>

Based on the Joint Stipulation of the Parties and the Court being otherwise informed,

IT IS ORDERED that this matter is stayed until **October 31, 2016**, to provide the Parties time to mediate this matter before Mr. Dennis Barnes of Barris Sott Denn and Driker PLLC.  If mediation is not successful, the Court will set a scheduling conference after October 31, 2016, to set a new case schedule.

ORDERED this  12TH day of July, 2016.

      /s/S/Avern Cohn_
      United States District Judge